UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| KENTUCKY LABORERS' DISTRICT COUNCIL HEALTH & WELFARE FUND; KENTUCKY LABORERS' APPRENTICESHIP AND TRAINING TRUST FUND; and LABORERS NATIONAL PENSION FUND,<br><br>          Plaintiffs,<br><br>  vs.<br><br>MAY CONTRACTING, INC., a Kentucky Corporation,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

NOW COME the Plaintiffs, the KENTUCKY LABORERS' DISTRICT COUNCIL HEALTH & WELFARE FUND ("Welfare Fund"), the KENTUCKY LABORERS' APPRENTICESHIP AND TRAINING TRUST FUND ("Training Fund"), and the LABORERS NATIONAL PENSION FUND ("Pension Fund") (collectively "Funds" or "Plaintiffs"), by and through their counsel, JOHNSON & KROL, LLC, complaining of the Defendant MAY CONTRACTING, INC. ("May Contracting") and allege as follows:

## JURISDICTION AND VENUE

1. This action arises under Sections 502 and 515 of the Employee Retirement Income Security Act (hereinafter referred to as "ERISA") and Section 301 of the Labor-Management Relations Act. (29 U.S.C. §§ 1132, 1145 and 185). The Court has jurisdiction over the subject matter of this action pursuant to 29 U.S.C. § 1132(e)(1) and 28 U.S.C. § 1331.

2. Venue is proper in this Court pursuant to 29 U.S.C. § 1132(e)(2) in that the Welfare Fund is administered at 1996 By Pass South, Lawrenceburg, Kentucky 40342, the Training Fund

is administered at 2000 By Pass South, Lawrenceburg, Kentucky 40342, and pursuant to 28 U.S.C. § 1391(b)(2) in that a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in the Eastern District of Kentucky, Frankfort Division.

## PARTIES

3. The Funds are multiemployer plans under 29 U.S.C. § 1002.

4. The Funds are third-party beneficiaries of the collective bargaining agreements between employers and the various locals, including Laborer's Local Union #1445 ("Local 1445"), affiliated with the Kentucky Laborers District Council.

5. Defendant May Contracting is a Kentucky corporation with its principal place of business located at 12354 Virginia Boulevard, Ashland, Kentucky 41102.

## COUNT I
## BREACH OF THE LABOR AGREEMANT

6. Plaintiffs re-allege and incorporate the allegations contained in Paragraphs 1-6 of this Complaint with the same force and effect as if fully set forth herein.

7. May Contracting is an employer engaged in an industry affecting commerce.

8. May Contracting agreed to be bound by the terms of Local Collective Bargaining Agreement ("Local CBA") between the Tri-State Contractors Association Incorporated, and the Kentucky Laborers' District Council, for and on behalf of Local 1445, in effect for the period of June 1, 2013, through May 31, 2023. (A copy of the Local CBA is attached hereto as **Exhibit 1**).

9. Through the Local CBA, May Contracting became bound by the provisions of the Agreements and Declarations of Trust which created and govern the administration of the Funds (hereinafter referred to as the "Trust Agreements"). (**Exhibit 1**).

10. Pursuant to the provisions of the Local CBA, May Contracting is required to make monthly reports of hours paid to all bargaining-unit employees and pay contributions to the Funds each hour worked by its bargaining unit employees. (**Exhibit 1**).

11. During all relevant times, the monthly reports and contribution payments were due on or before the tenth (10th) day of the month following the calendar month during which the work was performed. (**Exhibit 1**).

12. The Local CBA also provides that an employer shall be liable for liquidated damages, at a rate set by the Trustees of the Funds, if it fails to pay contributions to the Funds by the twentieth (20th) day of the month following the month in which the work was performed. (**Exhibit 1**).

13. Pursuant to the Delinquency, Audit and Other Payment Procedures adopted by the Welfare and Training Funds ("Welfare and Training Procedures"), employers who fail to submit their monthly contribution reports and contributions to the Funds on a timely basis are responsible for the payment of liquidated damages equal to ten percent (10%) of the delinquent contributions, plus interest at the rate of ten percent (10%) per annum and attorney's fees and costs. (A copy of the Welfare and Training Procedures is attached as **Exhibit 2**).

14. Pursuant to the Rules and Regulations & Summary Plan Description adopted by the Pension Fund ("Pension Rules and Regulations"), employers who fail to submit their monthly contribution reports and contributions to the Funds on a timely basis are responsible for the payment of interest equal to one percent (1%) per month of the delinquent contributions, plus attorney's fees and costs. (A copy of relevant pages from Pension Rules and Regulations is attached as **Exhibit 3**).

15. In addition to interest, attorney's fees, and costs, set forth in Paragraph 14 above, the Pension Rules and Regulations also provide that delinquent contributions are subject to twenty percent (20%) liquidated damages if the delinquency has been referred to an attorney for collection.  (**Exhibit 3**).

16. May Contracting has not submitted monthly contribution reports or contributions payments to the Welfare and Training Funds for the months of September or October 2019.

17. May Contracting has not submitted monthly contribution reports or contributions payments to the Pension Fund for the months of August, September, or October 2019.

18. During the period of January 2019 through August 2019, May Contracting failed to timely remit payment the contributions it was required to pay to the Funds.   As a result, it owes the aggregate amount of $1,848.87, which is itemized as follows:

|  | Liquidated Damages and Interest Owed: | | |
|---|---|---|---|
| **Work Period:** | **Welfare Fund** | **Training Fund** | **Pension Fund** |
| January 2019 | $66.51 | $3.82 | $25.08 |
| February 2019 | $508.70 | $29.16 | $163.91 |
| March 2019 | $123.69 | $7.10 | $32.00 |
| April 2019 | $135.03 | $7.74 | $34.13 |
| May 2019 | $137.60 | $7.85 | $44.24 |
| June 2019 | $133.05 | $7.49 | $34.88 |
| July 2019 | $130.81 | $7.36 | $37.84 |
| August 2019 | $162.35 | $9.14 | Unknown |
| **Total** | **$1,397.14** | **$79.66** | **$327.07** |

19. The Plaintiffs have been required to employ the undersigned attorneys to collect the monies that are due and owing from May Contracting.

20. The Plaintiffs have complied with all conditions precedent in bringing this suit.

21. May Contracting is obligated to pay the reasonable attorney's fees and court costs incurred by the Plaintiffs pursuant to the Local CBA, Trust Agreements, the Welfare and Training Procedures, the Pension Rules and Regulations and 29 U.S.C. § 1132(g)(2)(D).

**WHEREFORE,** Plaintiffs respectfully request:

A. That this Honorable Court enter an Order requiring May Contracting to submit its Monthly Contribution Reports to the Welfare and Training Funds for the months of September and October 2019, along with any other months that come due during the pendency of this lawsuit;

B. That this Honorable Court enter an Order requiring May Contracting to submit its Monthly Contribution Reports to the Pension Fund for the months of August, September, and October 2019, along with any other months that come due during the pendency of this lawsuit;

C. That Judgment be entered in favor of the Plaintiffs and against Defendant May Contracting in the aggregate amount of $1,848.87 for liquidated damages and interest owed for the period of January to August 2019;

D. That Judgment be entered in favor of Plaintiffs and against Defendant May Contracting for any other contributions, liquidated damages, and interest found to be due and owing in addition to the amounts referenced in Paragraph above;

E. That Defendant May Contracting be ordered to pay the reasonable attorney's fees and costs incurred by the Plaintiffs pursuant to the Local CBA, Trust Agreements, the Delinquency, Welfare and Training Procedures, the Pension Rules and Regulations, and 29 U.S.C. § 1132(g)(2)(D); and

F. That Plaintiffs have such other and further relief as the Court may deem just and equitable all at Defendant May Contracting's cost, pursuant to 29 U.S.C. § 1132(g)(2)(E).

        Respectfully Submitted,

        /s/ Dennis R. Johnson
        Dennis R. Johnson (KY Bar No. 96387)

                JOHNSON & KROL, LLC
                311 S. Wacker Drive, Suite 1050
                Chicago, Illinois 60606
                (312) 372-8587
                johnson@johnsonkrol.com